1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

14

15  ATTORNEYS LIABILITY PROTECTION SOCIETY, INC., A     Case No:   3:12-CV-00549-LRH-PAL
    RISK RETENTION GROUP,

16                                                      **STIPULATION FOR DISMISSAL WITH**
17                    Plaintiff,                                     **PREJUDICE**

        v.
18
    MONICA CAFFARATTI,                                       **AND ORDER THEREON**
19
                      Defendant.
20

21          The parties, by and through their undersigned counsel, hereby stipulate that this action

22  may be dismissed, with prejudice, with each party to bear her or its own fees and costs.

23          DATED this 16ᵀᴴ day of April, 2013.

24
    Lemons, Grundy & Eisenberg                    Carl M. Hébert, Esq.
25  6005 Plumas Street, Suite 300                 202 California Avenue
    Reno, NV 89519                                Reno, Nevada 89509
26  (775) 786-6868.                               (775) 323-5556

27  By: _____                  _____
           David R. Grundy                        Carl M. Hebert, Esq.
28

1

1
2
3
4
5
6
7
8
9
10
11
12
13          **UNITED STATES DISTRICT COURT**
14              **DISTRICT OF NEVADA**
15
16    ATTORNEYS LIABILITY PROTECTION SOCIETY, INC., A          Case No:   3:12-CV-00549-LRH-PAL
      RISK RETENTION GROUP,
17                                                             **ORDER OF DISMISSAL WITH PREJUDICE**
                          Plaintiff,
18
        v.
19
      MONICA CAFFARATTI,
20
                          Defendant.
21
22          Pursuant to stipulation of the parties,
23          IT IS HEREBY ORDERED that this action be dismissed with prejudice, with each party to
24    bear her or its own fees and costs.
25          DATED this  22nd  day of April, 2013.
26
27                                                      _____
28                                                      LARRY R. HICKS
                                                        UNITED STATES DISTRICT JUDGE

- 1 -