**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ATTORNEYS LIABILITY PROTECTION SOCIETY, INC., A RISK RETENTION GROUP, | Case No:   3:12-CV-00549-LRH-PAL |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| MONICA CAFFARATTI, | **AND ORDER THEREON** |
| Defendant. | |

The parties, by and through their undersigned counsel, hereby stipulate that this action may be dismissed, with prejudice, with each party to bear her or its own fees and costs.

DATED this 16ᵀᴴ day of April, 2013.

Lemons, Grundy & Eisenberg
6005 Plumas Street, Suite 300
Reno, NV 89519
(775) 786-6868

By: _____
David R. Grundy

Carl M. Hébert, Esq.
202 California Avenue
Reno, Nevada 89509
(775) 323-5556

_____
Carl M. Hebert, Esq.

1

1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ATTORNEYS LIABILITY PROTECTION SOCIETY, INC., A RISK RETENTION GROUP,

                  Plaintiff,

    v.

MONICA CAFFARATTI,

                  Defendant.

Case No:   3:12-CV-00549-LRH-PAL

**ORDER OF DISMISSAL WITH PREJUDICE**

      Pursuant to stipulation of the parties,

      IT IS HEREBY ORDERED that this action be dismissed with prejudice, with each party to bear her or its own fees and costs.

      DATED this  22nd  day of April, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

- 1 -